## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DETRICK DESHAWN CROSTON,**
**ADC # 131172**                                                                                              **PLAINTIFF**

**V.**                                **5:09-CV-00373-BSM-JJV**

**LARRY NORRIS, Director, Arkansas**
**Department of Correction;** *et al.*                                                                     **DEFENDANTS**

## ORDER

The court has received the recommended partial disposition from United States Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully reviewing the recommended partial disposition, it is concluded that recommended partial disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Accordingly, defendants' motion for judgment on the pleadings (Doc. No. 29) is DENIED. Further, the clerk is directed to send plaintiff Detrick DeShawn Croston a copy of the scheduling order (Doc. No. 26). Croston has fourteen (14) days from today to respond to the directions contained in the scheduling order, including providing the court and the defendants with a list of proposed witnesses.

IT IS SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE