**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DETRICK DESHAWN CROSTON,
ADC #131172**                                                                                                       **PLAINTIFF**

v.                              CASE NO. 5:09CV00373 BSM-JJV

**LARRY NORRIS, Director, Arkansas
Department of Correction et al.**                                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for temporary restraining order [Doc. No. 2], which is construed as a motion for preliminary injunctive relief, is denied.

IT IS SO ORDERED this 14th day of March, 2011.

                                                                                              /s/ Brian S. Miller
                                                                                              UNITED STATES DISTRICT JUDGE