IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DETRICK DESHAWN CROSTON,
ADC # 131172                                                                                     PLAINTIFF

v.                         CASE NO. 5:09CV00373 BSM/JJV

LARRY NORRIS, Director, Arkansas
Department of Correction et al.                                                          DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 52] is GRANTED.

2. Plaintiff's motion for summary judgment [Doc. No. 59] is DENIED.

3. Plaintiff's complaint [Doc. No. 2] is DISMISSED with prejudice.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

DATED this 12th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE