IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DETRICK DESHAWN CROSTON,
ADC # 131172                                                                                       PLAINTIFF

v.                          CASE NO. 5:09CV00373 BSM/JJV

LARRY NORRIS, Director, Arkansas
Department of Correction et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

DATED this 12th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE